IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| NATIONAL LOAN ACQUISITIONS COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 09-0169-CG-B |
| PET FRIENDLY, INC., n/k/a XENA EXPRESS, INC., CHARLES W. WEINACKER, JR. and TERESA Y. WEINACKER, | ) ) ) ) ) | |
| Defendants. | ) | |

## JUDGMENT

Judgment is hereby entered by default in favor of plaintiff against all the defendants. It is **ORDERED** that plaintiff National Loan Acquisitions Company recover from defendants Pet Friendly, Inc. n/k/a Xena Express, Inc., Charles W. Weinacker, Jr., and Teresa Y. Weinacker the amount of $160,731.22. This judgment amount includes prejudgment interest through May 28, 2009 and reasonable attorney's fees and costs of $25,000.

Judgment is also hereby entered in favor of plaintiff for possession of defendant Pet Friendly, Inc. n/k/a Xena Express, Inc.'s accounts receivable and inventory.

Costs are taxed against defendants.

DONE and ORDERED this 29th day of May, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE